■ In the Matter of JONATHAN DAY et al., Respondents, v GREENBURGH ELEVEN UNION FREE SCHOOL DISTRICT, Appellant, et al., Respondents. [931 NYS2d 513]—

The appellant contends that leave to serve a late notice of claim should have been denied because the claim is patently without merit. While the merits of a claim ordinarily are not considered on a motion for leave to serve a late notice of claim, leave should be denied where the proposed claim is patently without merit (*see Matter of Catherine G. v County of Essex*, 3 NY3d 175, 179 [2004]; *Matter of Gaeta v Incorporated Vil. of Garden City*, 72 AD3d 683, 684 [2010]; *Matter of Chambers v Nassau County Health Care Corp.*, 50 AD3d 1134, 1135 [2008]). In opposition to the petition, the appellant failed to demonstrate at this stage of the proceedings that the underlying claim was patently without merit (*see Matter of Billman v Town of Deerpark*, 73 AD3d 1039, 1040 [2010]; *Burke v Incorporated Vil. of Hempstead*, 156 AD2d 630, 631 [1989]). Accordingly, upon reargument, the Supreme Court properly rejected the appellant's contention and adhered to its original determination granting the petition (*see* CPLR 2221 [d]). Dillon, J.P., Dickerson, Leventhal, Austin and Miller, JJ., concur.